**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose Antonio LEON–JASSO,
Defendant—Appellant.**

**No. 03–50009.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 3, 2003.*

Decided May 6, 2004.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Patrick K. O'Toole, AUSA, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Matthew C. Winter, San Diego, CA, for Defendant–Appellant.

Before: BEEZER, KOZINSKI, Circuit Judges, and SCHWARZER,** District Judge.

### ORDER ***

In accordance with the holding of this court in *United States v. Navarro–Vargas*, 367 F.3d 896 the judgment in the above-titled appeal is affirmed. Judge Kozinski dissents for the reasons articulated in his dissent in *United States v. Navarro–Vargas*, 367 F.3d 896.

AFFIRMED.

---

** The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.